IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RESHAWN M. LUNSFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:19-cv-00079 |
| v. ) | JUDGE RICHARDSON |
| ) | |
| DAVIDSON COUNTY SHERIFF'S ) | |
| OFFICE, et al., ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 30), to which no Objections have been filed.

The failure to object to a report and recommendation releases the Court from its duty to independently review the matter. *Frias v. Frias*, No. 2:18-cv-00076, 2019 WL 549506, at * 2 (M.D. Tenn. Feb. 12, 2019); *Hart v. Bee Property Mgmt.*, Case No. 18-cv-11851, 2019 WL 1242372, at * 1 (E.D. Mich. March 18, 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The district court is not required to review, under a *de novo* or any other standard, those aspects of the report and recommendation to which no objection is made. *Ashraf v. Adventist Health System/Sunbelt, Inc.*, 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018); *Benson v. Walden Security*, Case No. 3:18-cv-0010, 2018 WL 6322332, at * 3 (M.D. Tenn. Dec. 4, 2018). The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *Id.*

Here, the Magistrate Judge recommends that Defendants Ramsey and Jones be afforded qualified immunity and that their Motion to Dismiss (Doc. No. 10) be granted. The Report and Recommendation is **ADOPTED AND AFFIRMED**, and Defendant Ramsey and Jones's Motion

to Dismiss (Doc. No. 10) is **GRANTED**. All claims against Ramsey and Jones are **DISMISSED**, and the stay of discovery in this action is lifted.

    IT IS SO ORDERED.

                                          *Eli Richardson*
                                        ELI RICHARDSON
                                        UNITED STATES DISTRICT JUDGE